**Opinion issued January 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-13-00924-CV

—————————————

## OLIVER CROOMES, Appellant

## V.

## UTONDA CROOMES, Appellee

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-43792**

---

## MEMORANDUM OPINION

Appellant, Oliver Croomes, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts

of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.